Ilan D. Scharf
Jeffrey P. Nolan
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
ischarf@pszjlaw.com
jnolan@pszjlaw.com

*Counsel for the Plaintiff,*
*Howard M. Ehrenberg in his capacity*
*as Liquidating Trustee of Orion Healthcorp, Inc., et al.*,

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | Case No. 8-18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | Adv. Pro. No. 8-20-08047 (AST) |
| Plaintiff, | |
| v. | |
| JOHN J. LYNCH DBA BOYNTON & BOYNTON, | |
| Defendant(s). | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

# STIPULATION FOR EXTENSION OF TIME TO ANSWER
# COMPLAINT OR OTHERWISE RESPOND

Plaintiff and Defendant, each by and through their respective undersigned attorney, hereby stipulate and agree to extend the time for Defendant to answer, move or otherwise respond to Plaintiff's complaint as provided for herein:

1. On March 13, 2020, Plaintiff filed a complaint [Dkt. No. 1] against Defendant.

2. The Summons [Dkt. No. 2] was issued by the Clerk's Office on March 16, 2020.

3. On March 16, 2020, Defendant was served with the summons and complaint. Defendant does not challenge personal jurisdiction and waives any objection to service of process in this adversary proceeding.

4. Defendant does not waive any other defenses, objections or challenges which it may bring in this action other than as expressly stated in the previous paragraph.

**WHEREFORE**, the parties agree that the time by which Defendant is required to answer, move or otherwise respond to the Complaint is hereby extended through and including May 15, 2020.

| | |
|---|---|
| Dated:  April 15, 2020 | Dated:  April 15, 2020 |
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Attorneys for Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al | **AKERMAN LLP**<br>Counsel for Defendant John J. Lynch dba Boynton & Boynton |
| By:  */s/ Jeffrey P. Nolan*<br>     Ilan D. Scharf, Esq.<br>     Jeffrey P. Nolan, Esq.<br>     780 Third Avenue, 34th Floor<br>     New York, NY 10017<br>     Tel: (212) 561-7700<br>     Email:  ischarf@pszjlaw.com<br>                  jnolan@pszjlaw.com | By:  */s/ Thomas B. Fullerton*<br>     Thomas B. Fullerton<br>     (*Pro Hac Vice Motion Forthcoming*)<br>     71 South Wacker Drive|, 47th Floor<br>     Chicago, IL 60606<br>     Tel:  312 634 5726<br>     Email:  thomas.fullerton@akerman.com |